## VERIFIED COMPLAINT and VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the preceding is true and correct to the best of my knowledge.

Executed on June 14, 2023

Signature: _____

Print Signer's Name: Kevin Ajenifuja
Plaintiff *Pro Se*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN AJENIFUJA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. AAQ 23CV1598 |
| ) | |
| EDWARD OWUSU, Principal; ) | Judge: |
| SHANNON GRIGSBY, Assistant Principal ) | |
| of Clarksburg High School; ) | |
| MONTGOMERY COUNTY PUBLIC ) | |
| SCHOOLS, ) | **VERIFICATION OF PLAINTIFF** |
| ) | |
| Defendants. ) | |
| ---------------------------------------------------------) | |

DISTRICT OF COLUMBIA

Kevin Ajenifuja, being duly sworn, deposed and says under penalties of perjury as follows:

I am the plaintiff in the legal action. I have read the Verified Complaint, know the contents thereof, and verify that same is true to my knowledge, except as to matters stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Dated: June 13, 2023                    By: _____
                                              Kevin Ajenifuja
                                              Plaintiff *Pro Se*

Sworn to and subscribed before me this

13th day of June, 2019 2023

_____
Notary Public