# Exhibit A

## Re: [EXTERNAL] Report Card Request

From: Grigsby, Shannon K (shannon_k_grigsby@mcpsmd.org)

To: kajenifuja@yahoo.com

Date: Wednesday, July 6, 2022 at 07:03 PM EDT

Good afternoon,

I hope that you are doing well! Thank you for your email. Here are Katharina's grades for mp4 and semester 2:

|  | MP4 | S2 |
|---|---|---|
| Homeroom | | |
| Hon English 10A | | |
| Hon English 10B | C (78.5) | C (79.49) |
| Hon Health Education | | |
| German 1B | A (95.51) | A (100) |
| German 1A | | |
| AP GovPolitics US NSL B | A (89.78) | B (89.49) |
| Chemistry A | | |
| Chemistry B | C (72.89) | C (79.49) |
| Lunch | | |
| Hon Precalculus A | | |
| Hon Precalculus B | B (88.03) | A (100) |
| AP GovPolitics US NSL A | | |
| Sp PE Volleyball | A (92.1) | A (100) |
| Adv Photography 2A | | |
| Adv Photography 2B | A (97.35) | A (100) |

Thank you,
Ms. Grigsby

Shannon K. Grigsby
Assistant Principal - Student Last Names A-C
Clarksburg High School
(240) 740-6007
Shannon_K_Grigsby@mcpsmd.org
Follow on Twitter @ClarksburgHS_AP