# Exhibit B

## Fw: Sunday Children Visit

From: Kevin Ajenifuja (kajenifuja@yahoo.com)

To: akoepcke@yahoo.com

Cc: dakoepcke@yahoo.de

Date: Thursday, September 29, 2022 at 11:30 AM EDT

Dear Anita,

This email is a follow-up to the one from previous weeks since you didn't respond to those emails. Once again, I will be in Clarksburg, Maryland, on Sunday, October 2, 2022, for the regularly scheduled court-ordered visit from 1:00 p.m. to 4:30 p.m.

I implore you to please make them available for my visit. I am looking forward to seeing our children this weekend.

Sincerely,
Kevin Ajenifuja

----- Forwarded Message -----
**From:** Kevin Ajenifuja <kajenifuja@yahoo.com>
**To:** Anita Koepcke <akoepcke@yahoo.com>
**Cc:** Daniel Koepcke <dakoepcke@yahoo.de>
**Sent:** Wednesday, September 21, 2022 at 10:36:54 AM EDT
**Subject:** Fw: Sunday Children Visit

Dear Anita,

This email serves as a follow-up to the one last week since you didn't respond to that email. I will be in Clarksburg, Maryland, on Saturday, September 24th, and will be available to meet with our children from 9:00am to 5:00pm. In addition, I will return to Clarksburg on Sunday, September 25th, for the regularly scheduled court-ordered visit, from 1:00pm to 4:00pm.

I implore you to please make them available for my visit. We don't need to drag the custody and visitation issues back to the court. We should resolve the matter amicably ourselves and behave like two responsible adults.

I am looking forward to seeing our children this weekend.

Sincerely,
Kevin Ajenifuja

----- Forwarded Message -----
**From:** Kevin Ajenifuja <kajenifuja@yahoo.com>
**To:** Anita Koepcke <akoepcke@yahoo.com>
**Cc:** Daniel Koepcke <dakoepcke@yahoo.de>

**Sent:** Sunday, September 18, 2022 at 09:02:34 AM EDT
**Subject:** Sunday Children Visit

Dear Anita,

I have made numerous efforts to communicate with and visit our children without success. So, I want to use this opportunity to remind you of the court order dated July 2, 2018.[1] I am willing and able to drive to Clarksburg, Maryland, or any other location that is convenient for you, to visit our children as specified by the D.C. Superior Court.

I am available today and every Sunday for a visit. We do not need to drag this issue back to court. So, let's follow the court instructions and behave like two responsible adults.

I am looking forward to hearing from you.

Sincerely,
Kevin Ajenifuja


[1] ORDERED that Defendant Kevin Ajenifuja shall have visitation with the Minor Children every Sunday from 1:00 p.m. to 4:30 p.m. at a mutually agreed upon library or other public location; and it is further ORDERED that during breaks from school, Defendant is permitted to visit with Emma and Karl on Tuesdays from 1:00 p.m. until 4:30 p.m. at a mutually agreed upon library or other public location.