# Exhibit C



# CLARKSBURG HIGH SCHOOL

22500 Wims Road * Clarksburg, Maryland 20871
Telephone 240-740-6000 * Fax 301-601-4667

Mr. Edward Owusu
*Principal*

December 9, 2021

Kevin Ajenifuja
2122 Massachusetts Ave NW
APT: 415
Washington, DC 20016

Dear Mr. Ajenifuja:

As the principal of Clarksburg High School, I am hereby notifying you that, effective immediately, you, Kevin Ajenifuja, are forbidden to enter upon the property or campus of Clarksburg High School, located at 22500 Wims Road, Clarksburg, MD 20871. This action is being taken as a result of you entering the school building on Thursday, December 9, 2021 during the school day in which you entered the school and requested a meeting with your child. We have court documentation that specifically forbids this from occurring. Your behavior has the effect of disrupting and/or disturbing the normal educational functions of this school.

The Montgomery County Public Schools Regulations COC-RA, Trespassing or Willful Disturbance on MCPS Property, and the Annotated Code of Maryland Education Article, Section 26-102, Trespass on the Grounds of a Public Institution of Elementary, Secondary or Higher Education, states that the principal or designee may deny access to the building and grounds of the institution to anyone who does not have lawful business, or who disrupts or disturbs the normal educational functions. Failure to comply with this directive will result in official police notification that may lead to charges being placed for trespassing.

If you need to conduct any official business at this school, you are requested to call me at 240-740-6000 to schedule an appointment to meet with me.

I regret the necessity of this action; however, I believe it is in the best interest of your child and the students and staff at Clarksburg High School. Your cooperation is appreciated. Should you have any questions pertaining to this action, please call me at 240-740-6000.

Sincerely,

Edward Owusu
Principal

EO/hjr

Copy to:
Mr. James Koutsos, Area Associate Superintendent, OSSI
Mr. Ed Clarke, Chief Safety Officer
Captain Mark Plazinski, Commander of the 5th Police District
Mr. Christophe Turke, Director, OSSI