# U.S. District Court

## Maryland - Greenbelt

Receipt Date: Jun 14, 2023 9:23AM

Kevin Ajenifuja

| Rcpt. No: 1116 | Trans. Date: Jun 14, 2023 9:23AM | | | Cashier ID: #AV |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200   Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: Case No. 23-cv-1598

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.